# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>        v.<br><br>NATIONAL ASSOCIATION FOR<br>COLLEGE ADMISSION COUNSELING,<br><br>        *Defendant.* | Case No.: 1:19-cv-03706 |

## DEFENDANT'S CERTIFICATION OF COMPLIANCE
## WITH THE ANTITRUST PROCEDURES AND PENALTIES ACT

     Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant, the National Association for College Admission Counseling, certifies that it has had no communications with the Attorney General of the United States or employees of the United States Department of Justice subject to disclosure under this section and that this certification is true and complete.

Dated: March 31, 2020

                                                         Respectfully submitted,

                                                         */s/ John J. Miles*
                                                         John J. Miles (Bar No.: 364054)
                                                         Baker, Donelson, Bearman,
                                                           Caldwell & Berkowitz, P.C.
                                                          901 K Street, N.W.
                                                          Ninth Floor
                                                          Washington, D.C. 20001
                                                          Telephone: (202) 326-5008
                                                          Email: jmiles@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March, 2020, I caused the foregoing Certification of Compliance with the Antitrust Procedures and Penalties Ace to be electronically filed and served via this Court's CM/ECF system on:

RYAN S. STRUVE
United States Department of Justice
Antitrust Division
Technology and Financial Services Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
T: 202-514-4890
E: ryan.struve@usdoj.gov

                                             */s/ John J. Miles*
                                             John J. Miles